**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>UBS DEUTSCHLAND AG as successor in interest to Dresdner Bank LateinAmerika AG, and LGT BANK (SWITZERLAND) LTD. as successor in interest to Dresdner Bank (Schweiz) AG,<br><br>       Defendants. | Adv. Pro. No. 12-01577 (BRL) |

**STIPULATION EXTENDING TIME TO RESPOND
AND ADJOURNING THE PRE-TRIAL CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants UBS Deutschland AG and LGT Bank (Switzerland) Ltd. (together, "Defendants") may move, answer, or otherwise respond to the Trustee's complaint (the "Complaint") is extended up to and including August 30, 2013. The pre-trial conference will be adjourned from July 31, 2013, at 10:00 a.m. to October 2, 2013, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint. This is the fifth such extension. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to answer, move against, or otherwise respond to the Complaint and/or of the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, including without limitation any defenses based on lack of jurisdiction, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789 (BRL), Dkt. No. 5358).

*[Remainder of page intentionally left blank.]*

Dated:  June 11, 2013
        New York, New York

| /s/ Thomas L. Long | /s/ Gabriel Herrmann |
|---|---|
| **BAKER & HOSTETLER LLP** | **GIBSON, DUNN & CRUTCHER LLP** |
| 45 Rockefeller Plaza | 200 Park Avenue |
| New York, New York 10111 | New York, New York 10166 |
| Telephone:  (212) 589-4200 | Telephone:  (212) 351-4000 |
| Facsimile:  (212) 589-4201 | Facsimile:  (212) 351-4035 |
| David J. Sheehan | Marshall R. King |
| Email:  dsheehan@bakerlaw.com | Email:  mking@gibsondunn.com |
| Thomas L. Long | Gabriel Herrmann |
| Email:  tlong@bakerlaw.com | Email:  gherrmann@gibsondunn.com |
| Mark A. Kornfeld | |
| Email:  mkornfeld@bakerlaw.com | *Attorneys for UBS Deutschland AG* |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

/s/ Dorothy Heyl
**MILBANK, TWEED, HADLEY**
**& McCLOY LLP**
One Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Stacey J. Rappaport
Email:  srappaport@milbank.com
Dorothy Heyl
Email:  dheyl@milbank.com

*Attorneys for LGT Bank (Switzerland) Ltd.*